UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:
    Jeffrey David Hurley                          CHAPTER 13
    Lyn Marie Hurley                              CASE NO: 10-35686-DOF
                                                              JUDGE: Daniel S. Opperman
              Debtors
_____/

**STIPULATION RESOLVING THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

    **NOW COMES** Carl L. Bekofske, Standing Chapter 13 Trustee and Debtors, by and through their counsel, Stipulate as follows:

    IT IS HEREBY STIPULATED that Chapter 13 Trustee's Motion to Dismiss is resolved.

    IT IS FURTHER STIPULATED that the debtors shall remit $12,410.82 (representing their income tax refund obligation as of December 1, 2017) to the trustee as follows:
        a. $3,000.00 shall be received by the trustee on or before December 31, 2017; and
        b. $9,410.82 shall be received by the trustee on or before January 31, 2018.

    IT IS FURTHER STIPULATED that if the debtors fail to remit the amount as described in the immediately preceding paragraph, the trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and this case may be thereafter dismissed without further hearing or notice.

    IT IS FURTHER STIPULATED that the Debtors Counsel shall serve a copy of the entered order on the Debtors and any interested parties as applicable within 7 days.

| | |
|---|---|
| /s/ Carl L. Bekofske | /s/ Kimberly Bedigian Carl L. |
| Bekofske P10645 | Stevenson & Bullock, PLC |
| Melissa Caouette P62729 | Attorney for Debtors |
| Leo J. Foley, Jr. P76060 | 26100 American Drive, Ste 500 |
| Chapter 13 Standing Trustee | Southfield, MI 48034 |
| 400 N. Saginaw St., Ste 331 | 248-354-7906 |
| Flint MI 48502 | kbedigian@sbplclaw.com |
| (810) 238-4675 | P54812 |
| ecf@flint13.com | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:
    Jeffrey David Hurley                        CHAPTER 13
    Lyn Marie Hurley                           CASE NO: 10-35686-DOF
                                                           JUDGE: Daniel S. Opperman
                Debtors
_____/

## ORDER RESOLVING THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

    IT IS HEREBY ORDERED that Chapter 13 Trustee's Motion to Dismiss is resolved.

    IT IS FURTHER ORDERED that the debtors shall remit $12,410.82 (representing their income tax refund obligation as of December 1, 2017) to the trustee as follows:
        a. $3,000.00 shall be received by the trustee on or before December 31, 2017; and
        b. $9,410.82 shall be received by the trustee on or before January 31, 2018.

    IT IS FURTHER ORDERED that if the debtors fail to remit the amount as described in the immediately preceding paragraph, the trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and this case may be thereafter dismissed without further hearing or notice.

    IT IS FURTHER ORDERED that the Debtors Counsel shall serve a copy of the entered order on the Debtors and any interested parties as applicable within 7 days.

**Exhibit A**